RECEIVED
CHARLOTTE, N.C.
JUN 07 2005
Clerk, U.S. Dist. Court
W. Dist. of N.C.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No: 3:05-cv-231-K

| | |
|---|---|
| CONTINENTAL TIRE NORTH AMERICA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TRANSPORTATION SOLUTIONS, INC., <br><br> Defendant. | ORDER GRANTING DEFENDANT'S MOTION FOR ADMISSION *PRO HAC VICE* |

For good cause shown, and upon association of counsel admitted to practice in this Court, the Defendant's Motion to Admit Attorneys R. Wayne Bond and Adam S. Katz *Pro Hac Vice* is GRANTED and it is therefore ORDERED that R. Wayne Bond and Adam S. Katz from the firm of Womble Carlyle Sandridge & Rice, PLLC, be admitted to practice in this Court *Pro Hac Vice* for the limited purpose of representing Defendant in the captioned case. R. Wayne Bond and Adam S. Katz will remit to the Clerk of this Court the required special admission fee of $100 each within 10 days of entry of this Order, if such fee has not already been paid.

This the 9th day of June, 2005.

DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE