IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV231

| | |
|---|---|
| CONTINENTAL TIRE NORTH AMERICA, INC., <br>            Plaintiff, <br> v. <br><br> TRANSPORTATION SOLUTIONS, INC., <br>            Defendant. | **ORDER GRANTING** <br> **MOTION FOR ADMISSION** <br> **PRO HAC VICE** |

    **THIS MATTER** is before the Court upon the motion of Defendant to allow Jimmy E. White to appear *Pro Hac Vice*, filed October 19, 2005.

    Upon careful review and consideration, this Court will grant the Application.

    In accordance with Local Rule 83.1 (B), the Court notes that Mr. Robbins has paid the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court.

    **IT IS SO ORDERED.**

**Signed: October 21, 2005**

Graham C. Mullen
Chief United States District Judge