UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:05CV231**

| | |
|---|---|
| CONTINENTAL TIRE NORTH AMERICA, INC., ) ) | |
| Plaintiff, ) | |
| v. ) ) | **ORDER** |
| TRANSPORTATION SOLUTIONS, INC., ) | |
| Defendant. ) ) | |

    **THIS MATTER** is before the court on its own motion. The trial in the above captioned case is hereby re-scheduled from November 6, 2007 to the **November 5, 2007 term of court at 10:00 a.m.** in Charlotte.

    IT IS SO ORDERED.

    Signed: October 12, 2006

Graham C. Mullen
United States District Judge