IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:05CV231**

| | | |
|---|---|---|
| CONTINENTAL TIRE NORTH AMERICA, INC., | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | **ORDER GRANTING** **ADMISSION PRO HAC VICE** |
| TRANSPORTATION SOLUTIONS, INC., | ) | |
| Defendant. | ) ) ) | |

 

      **THIS MATTER** is before the Court upon the motion of defendant Transportation Solutions, Inc. to allow **Kelly Amanda Lee** to appear *Pro Hac Vice*, dated November 15, 2006 [doc. #33].

      Upon careful review and consideration, this Court will grant the Application.

      In accordance with Local Rule 83.1 (B), the Court notes that Ms. Lee has paid the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court.

      **IT IS SO ORDERED.**

                    Signed: November 15, 2006

                    Graham C. Mullen
                    United States District Judge