C-1024939v1

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

**Civil Action No. 3:05-CV-00231-K**

| | |
|---|---|
| **CONTINENTAL TIRE NORTH AMERICA, INC. and EXEL INC.,**<br><br>**Plaintiffs/Counterclaim Defendants,**<br><br>v.<br><br>**TRANSPORTATION SOLUTIONS, INC.,**<br><br>**Defendant/Counterclaim Plaintiff.** | **ORDER AMENDING PRE-TRIAL ORDER** |

Upon consideration and review of the Joint Motion to Amend Pre-Trial Order, filed May 2, 2007 by counsel for all the Parties in this action, this Court hereby **ORDERS** that the Pre-Trial Order and Case Management Plan, filed September 14, 2005 and amended by Order dated June 12, 2006, is amended as follows:

(i)     Section I(F) is amended to provide that all discovery shall be completed by December 31, 2007.

(ii)     Section II(A) is amended to provide that all motions except motions in *limine* and motions to continue shall be filed by February 15, 2008.

(iii)     Section III is amended to provide that trial shall be scheduled for a session after April 1, 2008

(iv)    Section V is amended to provide that the deadline to conduct mediation is November 1, 2007.

(v)    Section I(A) is amended to provide that, after discovery has proceeded further, and no later than September 1, 2007, the parties will confer and address with the Court the schedule for submission of reports from testifying experts.

**IT IS, THEREFORE, ORDERED** that the Pre-Trial Order is amended as set forth above.

Signed: May 7, 2007

Graham C. Mullen
United States District Judge