**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE  DIVISION**
**3:05-CV-231**

CONTINENTAL TIRE NORTH AMERICA,                )
INC.,  *et al,*                                                                )
                              Plaintiff,                         )
        v.                                                                   )
                                          )                    **ORDER**
TRANSPORTATION SOLUTIONS, *et al,*              )
                         Defendants.                    )
                                          )

      **THIS MATTER** is before the court on its own motion.  The above captioned case is hereby re-scheduled to the **June 8, 2008 term of court at 10:00 a.m. in Charlotte.**

      It is so ordered.

                      Signed: August 15, 2007

                      Graham C. Mullen
                      United States District Judge