# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:05cv231

| | |
|---|---|
| CONTINENTAL TIRE NORTH AMERICA, INC. and EXEL, INC., ) ) ) Plaintiffs, ) ) vs. ) ) TRANSPORTATION ) SOLUTIONS, INC., ) ) Defendant. ) ) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte*.

On May 7, 2007, the Court granted the parties' request for an extension of time within which to complete mediation. Mediation was to have occurred on or before November 1, 2007. However, there is no report in the record regarding the parties' mediation.

**IT IS, THEREFORE, ORDERED** that the parties shall provide a status report within 15 days of the entry of this Order advising the Court of the result of the parties' mediation.

**IT IS SO ORDERED.**

Signed: November 5, 2007

Martin Reidinger
United States District Judge