# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:05cv231

| | |
|---|---|
| CONTINENTAL TIRE NORTH AMERICA, INC. and EXEL INC., ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | **O R D E R** |
| TRANSPORTATION SOLUTIONS, INC., ) ) ) ) | |
| Defendant. ) ) | |

**THIS MATTER** is before the Court on the Plaintiff Continental Tire North America, Inc.'s Motion to Compel Discovery Responses from the Defendant [Doc. 46].

The Defendant previously agreed to supplement its discovery responses to the Plaintiff Continental Tire North America, Inc. ("CTNA") in an effort to resolve this motion without further Court intervention. By an Order entered December 4, 2007, CTNA's counsel was directed to advise the Court by December 10, 2007 whether any outstanding issues remain related to this particular motion. By a letter dated December 10, 2007,

CTNA's counsel has advised the Court that there are no issues related to this motion which currently requires judicial intervention from the Court.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Plaintiff Motion to Compel Discovery Responses from the Defendant [Doc. 46] is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Signed: December 11, 2007

Martin Reidinger
United States District Judge