# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:05cv231

| | |
|---|---|
| **CONTINENTAL TIRE NORTH AMERICA, INC. and EXEL INC.,** )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>**TRANSPORTATION SOLUTIONS, INC.,** )<br>)<br>Defendant. )<br>) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant Transportation Solutions, Inc.'s Motion to Admit Attorney Ashley S. Thompson *Pro Hac Vice*.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Defendant's motion is **ALLOWED**, and Ashley S. Thompson, is hereby granted special admission to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: February 22, 2008

Martin Reidinger
United States District Judge