IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL CASE NO. 3:05cv231

| | | |
|---|---|---|
| **CONTINENTAL TIRE NORTH AMERICA, INC. and EXEL INC.,** | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | **O R D E R** |
| **TRANSPORTATION SOLUTIONS, INC.,** | ) ) ) | |
| Defendant. | ) ) ) | |

**THIS MATTER** is before the Court *sua sponte*.

The parties have advised the Court that this matter has been settled. The Court will allow the parties until **July 5, 2008** to file a stipulation of dismissal.

**IT IS, THEREFORE, ORDERED** that the parties shall file a stipulation of dismissal on or before **July 5, 2008**.

Signed: June 5, 2008

Martin Reidinger
United States District Judge